■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RIVERA, Appellant. [656 NYS2d 894] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered October 26, 1995, convicting him of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that he was denied a fundamental right to be present at all material stages of the trial by his exclusion from numerous sidebar discussions with prospective jurors during voir dire *(see, People v Antommarchi,* 80 NY2d 247; *People v Sloan,* 79 NY2d 386). The record demonstrates that the defendant knowingly, voluntarily, and

intelligently waived his right to be present since, prior to the commencement of voir dire, his trial counsel informed the court, in his presence, that he had signed a waiver indicating that he was fully advised of his rights and that he agreed to waive his right to be present (see, People v Yuen, 222 AD2d 613; People v Stokes, 216 AD2d 337; People v Spruill, 212 AD2d 381; People v Perez, 196 AD2d 781; see also, People v Underwood, 201 AD2d 597). Thompson, J. P., Pizzuto, Joy and Luciano, JJ., concur.